**Ralph E. PERRY, Plaintiff—Appellant,**

v.

**J.L. GOWAN, Medical Director; Carlo Murphy, G.R.C.C. Medical Director; Greensville Correctional Center, Defendants—Appellees.**

No. 06–6152.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 31, 2006.

Ralph E. Perry, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ralph E. Perry seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing Perry's 42 U.S.C. § 1983 (2000) complaint and amended complaint for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Perry v. Gowan,* No. 3:05–cv–00543–REP (E.D.Va. Jan. 12, 2006).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*